UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRAHMA GROUP, INC.,

           Plaintiff,

v.                                  Case No. 17-1076-JWB

CARGILL MEAT SOLUTIONS CORP.,

           Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 46) to amend the scheduling order entered in this case (ECF No. 29). The court finds that good cause has been shown for granting the proposed extensions. Accordingly, the motion is granted and the scheduling order is amended as follows:

a.    All discovery shall be commenced or served in time to be completed by **March 1, 2019**.

b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **November 16, 2018**, and from defendant by **January 18, 2019**. Disclosures and reports by any rebuttal experts are due by **February 15, 2019**.

c.    The final pretrial conference is rescheduled from January 4, 2019, to **March 21, 2019**, **at 11:00 a.m.** in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct

1

the conference. No later than **March 12, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    d.    All dispositive motions shall be filed no later than **April 19, 2019.**

    e.    Motions challenging the admissibility of expert testimony are due by **April 19, 2019.**

    f.    In limine motions and proposed jury instructions are due **October 28, 2019**.

    g.    The limine conference is rescheduled for **November 4, 2019, at 1:30 p.m.**

    h.    This case is re-set for trial on a trial calendar that will begin on **November 12, 2019.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated August 20, 2018, at Kansas City, Kansas.

                      s/ James P. O'Hara
                      James P. O'Hara
                      U.S. Magistrate Judge