UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRAHMA GROUP, INC.

      Plaintiff,

v.                                         Case No. 17-1076-JWB

CARGILL MEAT SOLUTIONS CORP.,

      Defendant.

## **ORDER**

Plaintiff, Brahma Group, Inc., has filed a motion to compel (ECF No. 49) defendant, Cargill Meat Solutions Corp., to respond to interrogatories and requests for production of documents that fall into four categories:

1) Personnel files of three key Cargill employees;

2) The bonus structure applicable to key Cargill employees;

3) Production information for Cargill's Dodge City facility; and

4) Safety and incident reports concerning instances at the Dodge City facility during the time of Brahma's work.[1]

---

[1] The motion states defendant objected to this discovery on relevance grounds.

1

The motion was filed on October 5, 2018, making October 19, 2018, the deadline for defendant to respond.[2] Defendant has filed no response to the motion, and it is therefore granted as unopposed.[3] Defendant is hereby ordered to respond to the subject discovery requests by **November 5, 2018**.

IT IS SO ORDERED.

Dated October 22, 2018, at Kansas City, Kansas.

    s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge

---

[2] *See* D. Kan. Rule 6.1(d)(1).

[3] *See* D. Kan. Rule 7.4(b) ("If a responsive brief or memorandum is not filed within the D. Kan. Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice.").

O:\ORDERS\17-1076-JWB-49.docx